SAMUEL STERN and SARAH STERN, Doing Business under the Name, etc., Respondents, v. THE MATHIESON ALKALI WORKS, INC., Appellant.— Order

affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.